IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| HEATHER MINICK, et al. ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:12cv0524 |
| ) | |
| v. ) | Judge Trauger |
| ) | |
| METROPOLITAN GOVERNMENT ) | |
| OF NASHVILLE, DAVIDSON ) | |
| COUNTY, TENNESSEE, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS METRO NASHVILLE POLICE DEPARTMENT

The Metro Nashville Police Department ("MNPD" or "Defendant") moves to dismiss Plaintiffs' claims against it in this action.

Plaintiffs allege a variety of Constitutional claims against the Metropolitan Government of Nashville and Davidson County ("Metropolitan Government"), several Metropolitan Government employees, and a number of other entities and individuals. Plaintiffs' Complaint arises from what began as an encounter between MNPD Officer Neil Wolfe and Plaintiff Heather Minick's husband, Micheal Minick ("Minick"). *See generally* Compl., Doc. 1. Minick was subsequently hospitalized at Metropolitan Nashville General Hospital ("NGH") and placed in the custody of DCSO, which led to his encounter with four DCSO deputies. *Id* at ¶ 29. The Complaint alleges a use of force incident occurred while Minick was in the custody of DCSO which resulted in "life ending injuries" for Minick. *Id*. at ¶ 54.

With regard to MNPD, it is not an entity capable of being sued. Accordingly, Plaintiff's Complaint should be dismissed as to this Defendant.

1