**Motion GRANTED.**

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE
AT NASHVILLE

| | |
|---|---|
| HEATHER MINICK, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>METROPOLITAN GOVERNMENT )<br>OF NASHVILLE, DAVIDSON )<br>COUNTY, TENNESSEE, et al. )<br>)<br>    Defendants. ) | Case No. 3:12cv0524<br>Judge Trauger |

## MOTION FOR LEAVE TO MANUALLY FILE AUDIO CD

Defendant Police Officer Neil Wolfe respectfully moves this Court for leave to manually file an audio CD recording of dispatch communications relevant to this matter. These dispatch communications are referenced and relied upon in paragraphs 25-28 of Plaintiff's Complaint.

Upon entry of an order permitting the manual filing of this CD, Officer Wolfe will immediately file it and ask that it be considered as part of the record before the Court for purposes of ruling on Officer Wolfe's motion to dismiss.