IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HEATHER MINICK, individually and as surviving spouse of Michael Minick, deceased, as as Co-Administrator of the Estate of Michael Minick, ) ) ) ) ) ) Plaintiff, ) ) v. ) ) ) METROPOLITAN GOVERNMENT OF ) NASHVILLE, DAVIDSON COUNTY, *et al.*, ) ) Defendants. ) | Civil No. 3:12-0524 Judge Trauger |

## **O R D E R**

Pursuant to the ruling by the Sixth Circuit Court of Appeals (Docket No. 125), it is hereby **ORDERED** that the failure to protect claims alleged by the plaintiff against defendant Mason are **DISMISSED WITH PREJUDICE**, pursuant to the doctrine of qualified immunity. All claims against defendant Mason having now been dismissed, her participation in this case is terminated.

It is further **ORDERED** that this case is set for an initial case management conference on Monday, January 6, 2014, at 2:45 p.m.

It is so **ORDERED.**

ENTER this 15th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge