UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HEATHER MINICK, individually and as surviving spouse of MICHAEL MINICK, and as co-administrator of the Estate of Michael Minick,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, CHRISTOPHER FOSTER, Individually and in his official capacity, MATTHEW BARSHAW, individually and his official capacity; JEFFREY DAVIDSON, individually and his official capacity; MORRIS CRAVEN, individually and in his official capacity,<br><br>    Defendants, | Case No. 3:12-cv-0524<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Metro Nashville's Motion to Dismiss (Docket No. 144) is **GRANTED**. The plaintiff's claims against Metro Nashville under § 1983 and under the Sheriff's Statute are hereby **DISMISSED WITHOUT PREJUDICE**. The plaintiff's TGTLA claim against Metro Nashville is hereby **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

Enter this 4th day of August 2014.

_____
ALETA A. TRAUGER
United States District Judge

1