IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HEATHER MINICK, et al. ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | No. 3:12-cv-00524 |
| ) | JURY DEMAND |
| METROPOLITAN GOVERNMENT ) | JUDGE TRAUGER |
| OF NASHVILLE, DAVIDSON COUNTY, ) | |
| TENNESSEE, et al. ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

**Motion GRANTED.**

## MOTION
(FOR PERMISSION TO FILE REPLY TO RESPONSE)

Comes the Plaintiff pursuant to Local Rule 7.01(b) and respectfully moves the Court for permission to file a reply to the Response in Opposition to Plaintiff's Motion to Amend. In support of this Motion, the Plaintiff has filed her proposed Reply to Response in Opposition to Motion to Amend.

Respectfully submitted,

MOSELEY & MOSELEY
ATTORNEYS AT LAW

BY:   /s/ James Bryan Moseley
      James Bryan Moseley,   No. 021236
Attorneys for Plaintiff

237 Castlewood Drive, Suite D
Murfreesboro, Tennessee 37129
615/ 254-0140
Fax: 615/ 244-2270