IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| HEATHER MINICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12cv0524 |
| | ) | |
| v. | ) | Judge Trauger |
| | ) | |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE, DAVIDSON COUNTY, | ) | |
| TENNESSEE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THE METROPOLITAN GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**

1. The Revised Second Amended Complaint in this case alleges a claim pursuant to 42 U.S.C. § 1983 that individual Defendants Matthew Barshaw, Morris Craven, Jeffrey Davidson, and Christopher Foster violated Mr. Minick's rights under the Fourteenth Amendment of the United States Constitution. *See* Rev. Am. Compl., Doc. No. 178.

**RESPONSE:**


2. The amount of the surety bond for the Sheriff for the period of September 1, 2010 through September 1, 2014 was $50,000. *See* 2010 Bond attached to motion as Exhibit J.

**RESPONSE:**


3. The amount of the surety bond for the Sheriff for the period of September 1, 2014 through September 1, 2018 is $100,000. *See* 2014 Bond attached to motion as Exhibit K.

**RESPONSE:**

1

4. The incident giving rise to this lawsuit occurred on May 30, 2011. *See* Rev. Am. Compl., Doc. No. 178.

**RESPONSE:**


5. This lawsuit was filed on May 24, 2012. *See* Compl., Doc. No. 1.

**RESPONSE:**


Respectfully submitted,

THE DEPARTMENT OF LAW OF
THE METROPOLITAN GOVERNMENT
OF NASHVILLE AND DAVIDSON COUNTY
SAUL SOLOMON (#11689)
Director of Law

/s/Keli J. Oliver
Keli J. Oliver (#21023)
Melissa Roberge (#26230)
Assistant Metropolitan Attorneys
P.O. Box 196300
108 Metropolitan Courthouse
Nashville, Tennessee 37219-6300
(615) 862-6341

2

## CERTIFICATE OF SERVICE

        This is to certify that a copy of the foregoing was served via the court's electronic filing system to the following:

James Bryan Moseley
237 Castlewood Drive, Suite D
Murfreesboro, TN 37129

Heather G. Parker
Luke Evans
302 North Spring Street
P.O. Box 398
Murfreesboro, TN 37133-0398

Joe Napiltonia
219 Third Avenue North
Franklin, TN 37064

Brad Dozier
P.O. Box 2787
Brentwood, TN 37024

John M.L. Brown
222 Second Avenue North, Suite 312
Nashville, TN 37201

on this 7th day of May, 2015.

                                                /s/Keli J. Oliver
                                                Keli J. Oliver

3

Case 3:12-cv-00524   Document 206   Filed 05/07/15   Page 3 of 3 PageID #: 2085