IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HEATHER MINICK, individually, and as surviving spouse of MICHAEL MINICK, deceased, and as co-administrator of the estate of Michael Minick, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al., | ) ) ) ) |
| Defendants. | ) |

Case No. 3:12-cv-524

JUDGE TRAUGER

## JOINT FINAL AGREED STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties in this action, Plaintiff Heather Minick, and Defendants Christopher Foster, Matthew Barshaw, Jeffrey Davidson, and Morris Craven, through undersigned counsel, hereby stipulate to the dismissal, with prejudice, of any and all of Plaintiff's claims in their entirety against the Defendants in this action. The parties shall bear and be responsible for their own costs, including discretionary costs, and attorney's fees.

_____
ALETA TRAUGER
UNITED STATES DISTRICT JUDGE